**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITRA J. SUMMERS, | ) Case No.: 1:10-cv-01514 JLT |
| Plaintiff, | ) ORDER GRANTING EXTENSION OF TIME |
| v. | ) (Doc. 12) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
| Defendant | ) |

Parties have stipulated by counsel to extend the period of time for Plaintiff Anitra Summers to file her Opening Brief. The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 6 at 4). Here, the parties have stipulated to an extension of twenty two days. Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until May 10, 2011, to file her Opening Brief.

IT IS SO ORDERED.

Dated:  **April 21, 2011**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE