IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITRA J. SUMMERS, <br><br>　　　　　　Plaintiff, <br>　　v. <br><br>MICHAEL J. ASTRUE, <br>Commissioner of Social Security, <br><br>　　　　　　Defendant | ) Case No.: 1:10-cv-01514 JLT <br>) <br>) ORDER GRANTING SECOND EXTENSION <br>) OF TIME <br>) <br>) <br>) (Doc. 14) <br>) <br>) <br>) |

Parties have filed a second stipulation sby counsel to extend the period of time for Plaintiff Anitra Summers to file her Opening Brief. (Doc. 14). The Scheduling Order allows a single thirty-day extension by the stipulation of parties. (Doc. 6 at 4). On April 20, 2011, the parties stipulated Plaintiff should have a 22-day extension of time, until May 10, 2011. (Doc. 12 at 1). Here, the parties request an 8-day extension for Plaintiff to file her Opening Brief. (Doc. 14 at 1). Accordingly, it is HEREBY ORDERED that Plaintiff is granted an extension of time until May 18, 2011, to file her Opening Brief.

IT IS SO ORDERED.

Dated:   **May 18, 2011**　　　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE