**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANITRA J. SUMMERS,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　Defendant | Case No.: 1:10-cv-01514 JLT<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES AND EXPENSES PURSUANT TO<br>28 U.S.C. § 2412 (d) AND COSTS PURSUANT TO 28 U.S.C. § 1920<br><br>(Doc. 20) |

　　　Plaintiff Anitra J. Summers and Defendant Michael J. Astrue, Commissioner of Social Security, have stipulated for the award and payment of attorneys fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).  (Doc. 20).

　　　Accordingly, subject to the terms of the parties' stipulation, IT IS HEREBY ORDERED: fees and expenses in the amount of $3,800.00 are **AWARDED** to Plaintiff, Anitra J. Summers.

IT IS SO ORDERED.

Dated:   **December 7, 2011**　　　　　　　　　　　　　　　　/s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1